**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **VICKIE L. GRIFFITH,** | Civil No. 3:11-cv-5404 RBL |
| Plaintiff, | **ORDER FOR EAJA FEES, COSTS** |
| vs. | **& EXPENSES** |
| **MICHAEL J. ASTRUE, COMMISSIONER of Social Security,** | |
| Defendant. | |

## ORDER

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412 and 28 U.S.C. §1920 and plaintiff's EAJA petition and the assignment of EAJA fees to plaintiff's attorney by plaintiff, it is hereby ORDERED that EAJA attorney's fees of $5,092.64, costs of $350.00 (filing fee ) and expenses of $19.68 ( service by certified mail) for a **total of $5,462.32** shall:

1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 552 U.S. 1193 (2010) and delivered to plaintiff's counsel, Rosemary B. Schurman; however,

2) If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay

Order for EAJA Fees- 11-5404 RBL- page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 888-821-0544

3)  EAJA fees, costs and expenses directly to Rosemary B. Schurman.

Dated this 26th day of March, 2012

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way, Kirkland, WA  98034
425-821-8577

Approved for Entry:
s/Rosemary B. Schurman (signed per  authorization)
Mathew W. Pile
Special Assistant US Attorney, OGC, SSA
Attorney for Defendant

Order for EAJA Fees- 11-5404 RBL- page 2